BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**SARAH BARR, WSB #40758**
Assistant United States Attorney
Sarah.barr@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 3:19-cr-00407-SI |
| v. | **NOTICE OF SUPPLEMENTAL AUTHORITIES** |
| **AGUSTIN MACHIC-XIAP,** | |
| **Defendant.** | |

The United States filed its response in opposition to defendant's motion to dismiss on October 19, 2020. *See* ECF No. 34. Since filing the brief, the following opinions have denied identical claims filed by defendants in cases involving 8 U.S.C. § 1326 and 8 U.S.C. § 1325:

1. *United States v. Medina Zepeda*, 2:20-CR-0057-FMO, ECF No. 33 (C.D. Cal Jan. 5, 2021);

2. *United States v. Gallegos-Aparicio*, No. 19-CR-2637-GPC, 2020 WL 7318124 (S.D. Cal. Dec. 11, 2020);

3. *United States v. Rios-Montano*, No. 19-CR-2123-GPC, 2020 WL 7226441 (S.D. Cal. Dec. 8, 2020);

4. *United States v. Navarrete-Castro*, 3:19-CR-2717-CAB, Dkt No. 70 (S.D. Cal Nov. 19, 2020);

5. *United States v. Lazcano-Neria*, No. 3:20-MJ-04538-AHG, 2020 WL 6363685 (S.D. Cal. Oct. 29, 2020);

6. *United States v. Rodrigues-Barios*, 3:20-CR-1684-LAB, Dkt. No. 33 (S.D. Cal. Oct. 21, 2020);

7. *United States v. Lucas-Hernandez*, No. 19MJ24522-LL, 2020 WL 6161150 (S.D. Cal. Oct. 21, 2020).

DATED: January 22, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Sarah Barr*
Sarah Barr, WSBA #40758
Assistant United States Attorney