Elizabeth G. Daily, OSB #111758
Assistant Federal Public Defender
Email: liz_daily@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00407-SI |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF COUNSEL |
| AUGUSTIN MACHIC-XIAP, | |
| Defendant. | |

Please be advised that Assistant Federal Public Defender Elizabeth G. Daily has been added as counsel in the above-captioned case.

Respectfully submitted this 25th day of January, 2021.

                                             */s/ Elizabeth G. Daily*
                                             Elizabeth G. Daily
                                             Attorney for Defendant