BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**SARAH BARR, WSB #40758**
Assistant United States Attorney
Sarah.barr@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **No. 3:19-cr-00407-SI** |
| **v.** | **SECOND NOTICE OF**<br>**SUPPLEMENTAL AUTHORITIES** |
| **AGUSTIN MACHIC-XIAP,** | |
| **Defendant.** | |

The United States filed its response in opposition to defendant's motion to dismiss on October 19, 2020. *See* ECF No. 34. Since filing the brief, several courts of appeals have issued published decisions addressing equal protection claims in which the claimants argued that animus motivated a facially neutral statute, similar to the claim made in this case. *See Boardman v. Inslee*, 978 F.3d 1092, 1117-1119 (9th Cir. 2020); *Thai Meditation Ass'n of Alabama, Inc. v. City of Mobile, Alabama*, 980 F.3d 821, 834-837 (11th Cir. 2020); *N. Carolina State Conference of the*

/ /

**Government's Second Notice of Supplemental Authorities**

*NAACP v. Raymond*, 981 F.3d 295 (4th Cir. 2020).

DATED:  January 25, 2021                    Respectfully submitted,

                                            BILLY J. WILLIAMS
                                            United States Attorney

                                            */s/ Sarah Barr*
                                            Sarah Barr, WSBA #40758
                                            Assistant United States Attorney

**Government's Second Notice of Supplemental Authorities**