BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**SARAH BARR, WSB #40758**
Assistant United States Attorney
Sarah.barr@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:19-cr-00407-SI |
| v. | SUPPLEMENTAL EXHIBITS IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| AGUSTIN MACHIC-XIAP, | |
| Defendant. | |

The United States hereby files the following supplemental exhibits in support of its opposition to defendant's motion to dismiss (ECF No. 34):

Exhibit G – Table 3. Immigrants deported (total), immigrants departing voluntarily (total), and Mexican immigrants returned to Mexico for the years ended June 30, 1925-1975, Kelly Lytle Hernandez, Migra!: A History of the U.S. Border Patrol, 122-123 (University of California Press 2010);

Exhibit H – Harry S. Truman, Special Message to the Congress on the Employment of Agricultural Workers from Mexico, 1 PUB. PAPERS 389 (July 13, 1951);

**Government's Supplemental Exhibits in Opposition to Defendant's Motion to Dismiss**

Exhibit I – *Statements of A.R. Mackey, Commissioner of Immigration and Naturalization; Willard F. Kelly, Assistant Commissioner; Edward A. Loughran, Assistant Commissioner; and E.R. Butt, Departmental Budget Officer: Hearing on H.R. 5215 before the S. Comm. on Appropriations*, 82nd Cong. 405-416 (1951);

Exhibit J – Harry S. Truman, Statement by the President Upon Signing Bill Amending the Displaced Persons Act, 1 PUB. PAPERS 483 (June 16, 1950);

Exhibit K – Library of Congress, Criminalization of Illegal Entry Around the World (August 2019).

DATED:  February 4, 2021			Respectfully submitted,

						BILLY J. WILLIAMS
						United States Attorney

						*/s/ Sarah Barr*
						Sarah Barr, WSBA #40758
						Assistant United States Attorney