# Michael T. Light

Last Updated: March 2021

Department of Sociology  
University of Wisconsin-Madison  
8144 William H. Sewell Social Sciences Building  
Madison, WI 53706

Phone: 608-262-1217  
Email: mlight@ssc.wisc.edu

## EDUCATION

2013    Ph.D., The Pennsylvania State University, Sociology  
    Dissertation Title: *Punishing the 'Others': Citizenship and Social Control in the United States and Germany.*  
2010    M.A., The Pennsylvania State University, Criminology  
2007    B.A., Albion College, Albion, MI, Sociology

## PROFESSIONAL POSITIONS

2018-present    Associate Professor of Sociology and Chicano/Latino Studies, University of Wisconsin  
2017-2018    Assistant Professor of Sociology and Chicano/Latino Studies, University of Wisconsin  
2013-2017    Assistant Professor of Sociology, Purdue University

## RESEARCH INTERESTS

Criminology, Sociology of Law and Punishment, Immigration, Stratification

## SCHOLARLY ARTICLES AND BOOK CHAPTERS (^denotes graduate student)

**Light, Michael T**. (*forthcoming*) "The Declining Significance of Race in Criminal Sentencing: Evidence from U.S. Federal Courts." *Social Forces*.

**Light, Michael T**. and Julia Thomas^. 2021. "Undocumented Immigration and Terrorism: Is there a Connection?" *Social Science Research* 94: https://doi.org/10.1016/j.ssresearch.2020.102512

**Light, Michael T**.* and Hilde Wermink. 2021. "The Criminal Case Processing of Foreign Nationals in the Netherlands." *European Sociological Review* 37(1): 104-120. (* authorship is alphabetical)

**Light, Michael T**., Jingying He^ and Jason Robey^. 2020. "Comparing crime rates between undocumented immigrants, lawful immigrants, and native-born U.S. citizens in Texas." *Proceedings of the National Academy of Sciences*. https://www.pnas.org/content/early/2020/12/01/2014704117

**Light, Michael T**. and Isabel Anadon^. 2020. "Immigration and Violent Crime: Triangulating Findings across Diverse Studies." *Marquette Law Review* 103(3): 939-61.

**Light, Michael T**., Ellen Dinsmore^, and Michael Massoglia. 2019. "How do Criminal Courts Respond in Times of Crisis? Evidence from 9/11." *American Journal of Sociology* 125: 485-533.

**Light, Michael T**. and Julia Thomas^. 2019. "Segregation and Violence Reconsidered: Do Whites Benefit from Residential Segregation?" *American Sociological Review* 84: 690-725.

**Light, Michael T.** and Jason Robey^. 2019. "Citizenship and Punishment." *Oxford Research Encyclopedia of Criminology and Criminal Justice*.  New York:  Oxford University Press.

King, Ryan D. and **Michael T. Light**. 2019. "Have Racial and Ethnic Disparities in Sentencing Declined? *Crime and Justice: A Review of Research*, edited by Michael Tonry. Chicago: University of Chicago Press.

**Light, Michael T**. and Ty Miller^. 2018. "Does Undocumented Immigration Increase Violent Crime?" *Criminology* 56: 370-401.
- Featured in multiple news outlets including National Public Radio, Yahoo News, Newsweek, USA Today, and Los Angeles Times.

**Light, Michael T**. and Joey Marshall^. 2018. "On the Weak Mortality Returns of the Prison Boom: Comparing Infant Mortality and Homicide in the Incarceration Ledger." *Journal of Health and Social Behavior* 59: 3-19.

**Light, Michael T**. Ty Miller^, and Brian C. Kelly. 2017. "Undocumented Immigration, Drug Problems, and Driving under the influence (DUI), 1990-2014." *American Journal of Public Health*. 107: 1448-1454.

**Light, Michael T**. 2017. "Re-examining the Relationship between Latino Immigration and Racial/Ethnic Violence." *Social Science Research* 65: 222-239.

Houle, Jason. N.* and **Michael T. Light**.* 2017. "The Harder they Fall? Sex and Race/Ethnic Specific Suicide Rates in the U.S. Foreclosure Crisis." *Social Science and Medicine* 180: 114-124. (*authorship is alphabetical)

**Light, Michael T**. 2017. "Punishing the 'Others': Citizenship and State Social Control in the United States and Germany." *European Journal of Sociology* 58: 33-71.

**Light, Michael T**. and Jeffery T. Ulmer. 2016. "Explaining the Gaps in White, Black and Hispanic Violence since 1990: Accounting for Immigration, Incarceration, and Inequality." *American Sociological Review* 81: 290-315.
- Featured in the *New York Times*.

**Light, Michael T**. 2016. "The Punishment Consequences of Lacking National Membership in Germany, 1998-2010." *Social Forces* 94: 1385-1408.

**Light, Michael T**. and John Iceland. 2016. "The Social Context of Racial Boundary Negotiations: Segregation, Hate Crime, and Hispanic Racial Identification in Metropolitan America." *Sociological Science*.

**Light, Michael T.** 2015. "Legal Inequality's Newest Face." *Contexts* 14: 32-37.

**Light, Michael T**., Michael Massoglia, and Ryan D. King. 2014. "Citizenship and Punishment: The Salience of National Membership in U.S. Criminal Courts." *American Sociological Review* 79: 825-847. [lead article]
- Featured in multiple news outlets including Yahoo News and U.S. News and World Report. Interviewed on National Public Radio.

**Light, Michael T**. 2014. "The New Face of Legal Inequality: Noncitizens and the Long-Term Trends in Sentencing Disparities across U.S. District Courts, 1992-2009." *Law & Society Review* 48: 447-478.

Houle, Jason N. and **Michael T. Light**. 2014. "The Home Foreclosure Crisis and Rising Suicide Rates, 2005-2010." *American Journal of Public Health* 104: 1073-1079.
- Featured in multiple news outlets including the Washington Post and Huffington Post. Interviewed on Russia Today – America.

Grundies, Volker and **Michael T. Light**. 2014. "Die Sanktionierung der 'Anderen' in der Bundesrepublick." Pp. 225-239 in: Niggli M.A., Marty L., editors. *Risiken der Sicherheitsgesellschaft Sicherheit, Risiko & Kriminalpolitik*. Mönchengladbach: Forum Verlag Godesberg.

Translated into Chinese: "外来人员"在德国的刑事制裁" in Zhao, Bingzhi (ed.): Toward Scientific Criminal Law Theories – CCLS Tenth Anniversary Anthology of Papers from International Academic Partners. Law Press China, Beijing, 2015, 334-354.

**Light, Michael T**. and Casey T. Harris. 2012. "Race, Space, and Violence: Exploring Spatial Dependence in Structural Covariates of White and Black Violent Crime in U.S. Counties." *Journal of Quantitative Criminology* 28: 559-586.
- 1st Prize, American Sociological Association Student Paper Award in the area of Crime, Law, and Deviance.
- 2nd Prize, American Society of Criminology Gene Carte Student Paper Award.

Ulmer, Jeffery T., **Michael T. Light**, and John Kramer. 2011. "Racial Disparity in the Wake of the Booker/Fanfan Decision: An Alternative Analysis to the USSC's 2010 Report." *Criminology & Public Policy* 10: 1077-1118.

Ulmer, Jeffery T., **Michael T. Light**, and John Kramer. 2011. "Does Increased Judicial Discretion Lead to Increased Disparity? The "Liberation" of Judicial Sentencing Discretion In the Wake of the Booker/Fanfan Decision." *Justice Quarterly* 28: 799-837.

Ulmer, Jeffery T. and **Michael T. Light**. 2010. "Federal Case Processing and Sentencing Before and After the Booker/Fanfan Decision: Little Has Changed." *Journal of Gender, Race, and Justice* 14:143-178.

**OTHER PUBLICATIONS**

**Light, Michael T.** 2016. "Ice Detainers, Crime and the Criminal Justice System." *PICO National Network Agenda for Ending Mass Incarceration & Criminalization*. Available at http://www.livefreeusa.org/reports/

**Light, Michael T**. 2016. Review of Leila Kawar's *Contesting Immigration Policy in Court: Legal Activism and its Radiating Effects in the United States and France*. *Law and Politics* 26:152-54.

Junck, Angie and **Michael T. Light**. 2015. "No, Immigration is not the Cause of Violent Crime." *ABA Criminal Justice Section Newsletter* 24(1): 4-5.

**Light, Michael T**. 2015. Review of Sara Wakefield and Christopher Wildeman's *Children of the Prison Boom: Mass Incarceration and the Future of American Inequality*. *Contemporary Sociology* 44: 730-731.

**Light, Michael T.** "When it comes to U.S. punishment, noncitizens may be the new face of legal inequality." USAPP—American Politics and Policy Blog. London School of Economics.

**Light, Michael T**., Mark Hugo Lopez and Ana Gonzalez-Barrera. 2014. "The Rise of Federal Immigration Crimes." Washington, D.C.: Pew Research Center's Hispanic Trends Project, March.
- Featured in multiple news outlets including the *New York Times* and *Wall Street Journal*.

Ulmer, Jeffery T. and **Michael T. Light**. 2013. "The USSC's 2012 Booker Report's Characterization of the Penn State Studies: Setting the Record Straight." *Federal Sentencing Reporter* 25: 290-292.

Ulmer, Jeffery T. and **Michael T. Light**. 2011. "Beyond Disparity: Changes in Federal Sentencing Post-*Booker* and *Gall*." *Federal Sentencing Reporter* 23(5):333-341.

Lopez, Mark Hugo and **Michael T. Light**. "A Rising Share: Hispanics and Federal Crime," Pew Hispanic Center, Washington, D.C. (February 18, 2009).
- Featured in over 280 news outlets including the *New York Times*, the *Los Angeles Times*, the *Chicago Tribune*, the States News Service, and the Associated Press.

**MANUSCRIPTS IN PROGRESS AND UNDER REVIEW**

Light, Michael T., Jungmyung Kim^ and Laura Bositen^. "A Contemporary Portrait of Immigration and Homicide in California and Texas." Book chapter in preparation for *Taking Stock of Homicide: Trends, Emerging Themes, and the Challenges.*

Light, Michael T., Jason Robey^ and Jungmyung Kim^. "Noncitizen Justice: The Criminal Case Processing of non-U.S. Citizens in Texas and California." *In preparation*.

Light, Michael T., Jason Robey^ and Jungmyung Kim^. "The Punishment of Undocumented Immigrants in Texas." *In preparation*.

Light, Michael T., Jason Robey^ and Jungmyung Kim^. "Immigrants in Misdemeanorland." *In preparation*.

## HONORS, AWARDS & FELLOWSHIPS

2021-23  Vilas Associate Professorship, UW-Madison

2020    Max Planck Visiting Scholarship, Max Planck Institute for Foreign and International Criminal Law. Freiburg, Germany. International competitive research fellowship: €2100

2015    Warwick Visiting Fellowship, School of Law at the University of Warwick. Coventry, UK. International competitive research fellowship: £1000.

2014    Max Planck Visiting Scholarship, Max Planck Institute for Foreign and International Criminal Law. Freiburg, Germany. International competitive research fellowship: €2100.

2014    Darryl Evans Award for Teaching Excellence. Department of Sociology, Purdue University.

2013    Distinguished Young Alumni Award. Albion College.

2012-13  Crawford Family Fellowship in Ethical Inquiry, Rock Ethics Institute, Pennsylvania State University. College-wide competitive fellowship: $16,425 stipend and full tuition.

2012-13  Fellow, Rock Ethics Institute, Pennsylvania State University.

2012    Visiting Research Scholar, Max Planck Institute for Foreign and International Criminal Law. Freiburg, Germany.

2012    Rock Ethics Dissertation Research Award, Rock Ethics Institute, Pennsylvania State University. $1,000.

2010    1st Prize, American Sociological Association Student Paper Award in the area of Crime, Law, and Deviance: "Race, Space, and Violence: Exploring Spatial Dependence in Structural Covariates of White and Black Violent Crime in U.S. Counties." (with Casey T. Harris)

2010    2nd Prize, American Society of Criminology Gene Carte Student Paper Award: "Race, Space, and Violence: Exploring Spatial Dependence in Structural Covariates of White and Black Violent Crime in U.S. Counties." (with Casey T. Harris)

2010    1st Prize, Penn State Crime, Law and Justice Graduate Student Paper Competition: "Race, Space, and Violence: Exploring Spatial Dependence in Structural Covariates of White and Black Violent Crime in U.S. Counties." (with Casey T. Harris)

2010    2nd Prize, Young Scholar Paper Competition at SUNY Albany Symposium, The Past and Future of Empirical Sentencing Research: "Have racial and ethnic disparities in punishment decisions changed over time? An analysis of U.S. federal courts, 1992-2004."

## FUNDED RESEARCH

| | |
|---|---|
| 2021-23 | "Noncitizen Justice: Understanding When and Where Citizenship Affects Local Criminal Justice Outcomes." Andrew Carnegie Fellowship. (PI) $200,000. (*under review*). |
| 2021-22 | "The Geography of Racial Legal Inequality." University of Wisconsin-Madison Understanding and Reducing Inequalities Initiative. (Co-PI) $99,799. (*under review*). |
| 2021-22 | "Colorism and Criminal Case Processing." Russell Sage Foundation. (PI) $46,781. |
| 2020-22 | "Undocumented Immigration, Crime, and Recidivism: Evidence from Texas." National Institute of Justice. (PI) $396,194. (Award 2019-R2-CX-0058). |
| 2020-21 | University of Wisconsin-Madison Fall Competition Grant. "Unauthorized Immigration and Crime in Texas." (PI) $41,878. |
| 2019-21 | "Immigration, Legal Status, and Criminal Adjudication in State Courts." National Science Foundation Law and Social Sciences Program Grant. (PI) $315,558. (SES Award # 1849297) |
| 2019-20 | "Criminal Justice and the German Refugee Crisis." Funded by the German Academic Exchange Service (DAAD Centers of Excellence Program). Faculty Theme Leader €20,000. |
| 2018-19 | University of Wisconsin-Madison Fall Competition Grant. "The Impact of Legal Counsel in Immigration Court." (PI) $42,173 |
| 2016-17 | Michael T. Light (PI) and Ty Miller (supported student investigator). "Drugs, DUI, and Crime? What Are the Effects of Legalization of Marijuana in Colorado?" National Institute of Justice, Graduate Research Fellowship. $32,000. |
| 2015 | Global Synergy Faculty Research Grant, Purdue University. "Legal Inequality in an International Perspective: Evidence from the Netherlands." (PI) $15,000. |
| 2014 | Principal Investigator, Purdue Research Foundation (PRF) Summer Faculty Grant. "Judicial Tenure, Political Ideology and Criminal Court Decision-Making." $8,000. |
| 2012-13 | National Science Foundation Dissertation Improvement Grant. "Punishing the 'Others': Understanding Citizenship through Punishment in the United States and Germany." $18,074 (SES-1226453). |
| 2011 | Principal Investigator, "The International Use of Incarceration." Pennsylvania State University, Mary O'Neill Marsh Student Enhancement Fund in Crime, Law, and Justice Grant. $1,100. |

## **INVITED TALKS**

| | |
|---|---|
| 2019 | Academy of Criminal Justice Science. "Federal Criminal Justice Data: A Research Agenda." Panel presentation organized by the Urban Institute. Baltimore, MD. |
| 2016 | Northwestern University, Pritzker School of Law. "Citizenship and Punishment: The Salience of National Membership in U.S. Courts." Lawyering and Race in the 21st Century: A Panel Discussion on Citizenship Status, Identity, and Our Legal Systems. |
| 2016 | American Bar Association Continuing Legal Education Webinar. "Overcoming Implicit Bias Against Non-Citizen Defendants." |

2015    Indiana University, Department of Criminal Justice. "Re-Examining the Relationship between Latino Immigration and Racial/Ethnic Violence."

2015    Warwick University School of Law. "Punishing the 'Others': Citizenship and Social Control in the United States and Germany."

**SELECTED PRESENTATIONS**

2019    Michael T. Light, Jason Robey, Jungmyung Kim, and Julia Thomas. "Immigration Status and Criminal Adjudication in State Courts." Paper presented at the 2019 American Society of Criminology Annual Conference, San Francisco, CA.

2019    Michael T. Light and Julia Thomas. "Segregation and Violence Reconsidered: Do Whites Benefit from Residential Segregation?" Paper presented at the RC28 Social Stratification conference, Princeton University.

2019    Ryan King and Michael T. Light. "The Declining Significance of Race in Criminal Sentencing." Paper presented at the American Sociological Association Annual Conference, New York, NY.

2018    Michael T. Light and Julia Thomas. "Undocumented Immigration, Terrorism, and Hate Crime." Paper to be presented at the 2018 American Society of Criminology Annual Conference, Atlanta, GA.

2018    Michael T. Light and Julia Thomas. "Segregation and Violence Reconsidered: Do Whites Benefit from Residential Segregation?" Paper presented at the Institute for Research on Poverty, University of Wisconsin-Madison.

2017    Michael T. Light and Ty Miller. "Does Undocumented Immigration Increase Violent Crime?" Paper presented at the 2017 American Society of Criminology Annual Conference, Philadelphia, PA.

2016    Michael T. Light and Joey Marshall. "On the Weak Mortality Returns of the Prison Boom: Accounting for Infant Mortality in the Incarceration Ledger." Paper presented at the 2016 American Society of Criminology Annual Conference, New Orleans, LA.

2016    Michael T. Light. "Punishing the 'Others': Citizenship and Social Control in the United States and Germany." Paper presented at the 2016 Association for the Study of Ethnicity and Nationalism. London School of Economics. London, UK.

2016    Michael T. Light. "The Social Context of State Sanctioning: Examining the Punishment of Noncitizens across Districts in Germany." Paper presented at the *Criminal Justice Adjudication in an Age of Migration* workshop at the Centre for Criminology, Oxford University. Oxford, UK.

2015    Michael T. Light. "Re-Examining the Relationship between Latino Immigration and Racial/Ethnic Violence." Paper presented at the 2015 American Society of Criminology Annual Conference, Washington DC.

2014    Michael T. Light. "Why Do Prisons have Revolving Doors? Labeling, Life Course Processes, and the Criminogenic Effects of Incarceration." Paper presented at the 2014 American Society of Criminology Annual Conference, San Francisco, CA.

2014 Michael T. Light, 'Re-Examining the Relationship between Immigration and Racial/Ethnic Violence." Paper presented to the Max Planck Institute for Foreign and International Criminal Law. Freiburg, Germany.

## TEACHING EXPERIENCE
*University of Wisconsin-Madison*
SOC 441: Criminology
SOC 440: Ethnicity, Race, and Justice
SOC 443: Immigration, Crime, and Enforcement

*Purdue University*
SOC 609: Crime, Law and Punishment
SOC 419: Sociology of Law
SOC 324: Criminology

*Pennsylvania State University*
CRIM 451: Race, Crime, and Justice (summer)

## PROFESSIONAL SERVICE
### Department
2017-18 Evaluation and Improvement of Instruction; Web & Online Outreach
2018-19 Undergraduate Curriculum, Program Planning & Assessment; Web & Online Outreach

### Discipline
2020- Editorial Board, *Law & Social Inquiry*
2018- Editorial Board, *American Sociological Review*
2017- Editorial Board, *Social Science Research*
2019 Panel Member, National Science Foundation Law and Social Sciences
2014 American Society of Criminology Program Chair, San Francisco Conference

### Journal Referee
*American Sociological Review, American Journal of Sociology, Social Forces, Law & Society Review, Criminology, Social Problems, Journal of Quantitative Criminology, Law & Policy, Justice Quarterly, American Journal of Public Health, Journal of Urban Health, The Sociological Quarterly, Housing Studies, Homicide Studies, Journal of Interpersonal Violence, Population Research and Policy Review, Journal of Research in Crime and Delinquency, Race and Justice.*

## PROFESSIONAL AFFILIATIONS

2014- Border Criminologies Research Network, Centre for Criminology at the University of Oxford
2014- Crimmigration Control International Net of Studies (CINETS) Research Network
2008- American Sociological Association
2008- American Society of Criminology

Exhibit Z
Page 8 of 8