SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**SARAH BARR, WSB #40758**
Assistant United States Attorney
Sarah.barr@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 3:19-cr-00407-SI |
| v. | **THIRD NOTICE OF SUPPLEMENTAL AUTHORITIES** |
| **AGUSTIN MACHIC-XIAP,** | |
| **Defendant.** | |

This court heard oral arguments on defendant's motion to dismiss on April 22, 2021. On April 26, 2021, the United States Court of Appeals for the Ninth Circuit issued *United States v. Alaya-Bello*, 19-50366, and *United States v. Velez-Gonzalez*, 19-50368 (9th Cir. Apr. 26, 2021). *See* https://cdn.ca9.uscourts.gov/datastore/opinions/2021/04/26/19-50366.pdf (last accessed April 26, 2021). This consolidated decision is relevant because it reaffirms that (1) federal classifications based on alienage are subject to rational basis review, including challenges to illegal entry crimes; (2) disparate impact does not equal disparate treatment; (3) to establish disparate impact, equal protection claimants must point to a case of a similarly situated defendant who was treated

**Government's Third Notice of Supplemental Authorities**

differently; and (4) illegal entry crimes and the manner in which the government chooses to prosecute them passes the rational basis test. The decision did not address *Arlington Heights*.[1]

DATED:  April 27, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Sarah Barr*
Sarah Barr, WSBA #40758
Assistant United States Attorney

---

[1] *Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252 (1977).
**Government's Third Notice of Supplemental Authorities**